AO 93 (Rev. 5/85) Search Warrant

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 FEB 11 PM 4:38 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

In the Matter of the Search of

One Samsung Cellular Telephone
Model HSPH-A840
FCC ID A3LSPHA840
Number 03210034977

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0322

TO: Special Agent Theodore Dekreek of ICE and any Authorized Officer of the United States

Affidavit(s) having been made before me by SA Theodore Dekreek of ICE (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

**See Attachment A**

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

**The items specified in Attachment B which are the fruits, instrumentalities and evidence concerning violations of Title 8, United States Code, Sections 1324.**

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 2/11/08 (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime – 6:00 A.M. to 10:00 P.M. and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U. S. Magistrate Judge, as required by law.

2/11/08 at 3:15pm at San Diego, California

Date and Time Issued — City and State

United States Magistrate Barbara L. Major — Barbara L. Major

Name and Title of Judicial Officer — Signature of Judicial Office

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/1/08 | 2/4/08, 12:30 P.M. | AUSA TO DEFENSE COUNSEL - SUBJECT IN CUSTODY MCC |

INVENTORY MADE IN THE PRESENCE OF

ICE S/A M. MORGAN

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

ONE SAMSUNG CELLULAR TELEPHONE
MODEL HSPH - A840
FCC ID A3LSPHA840
NUMBER 03210034977

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature]
U.S. Judge or Magistrate

FEB 11 2008
Date